NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN J. MIRANDA,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2021-2258

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-5973, Judge Joseph L. Falvey, Jr.

---

**JUDGMENT**

---

JEFFREY LIU, Gibson, Dunn & Crutcher LLP, Washington, DC, argued for claimant-appellant. Also represented by MATTHEW BALL, Denver, CO; ANDREW T. BROWN, SEAN S. TWOMEY, Los Angeles, CA.

SOSUN BAE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by MOLLIE LENORE FINNAN, BRIAN M. BOYNTON, CLAUDIA

BURKE, PATRICIA M. MCCARTHY; BRIAN D. GRIFFIN, DEREK SCADDEN, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2023              /s/ Peter R. Marksteiner
        Date                          Peter R. Marksteiner
                                       Clerk of Court